FILED
July 6, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>WINDY LUND,<br><br>        Defendant. | Case No. 2:23-cr-00160-JAM-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WINDY LUND</u> Case No. <u>2:23-cr-00160-JAM-2</u> Charges <u>18 USC § 1344</u> from custody for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

      x      Unsecured Appearance Bond $ _____  $5,000.00 to be cosigned by defendant's mother, Joni Lynn Pettenger

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

      x    (Other): <u>Release delayed until 7/7/2023 at 9:00 AM in which Ms. Lund will directly report to the Pretrial Services Office at 501 I Street, 2nd Floor, Ste 2-400, Sacramento, CA 95814 and with terms as stated on record.</u>

Issued at Sacramento, California at 3:15 PM.

Dated: July 6, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE