1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711

4  Attorney for Defendant
   WINDY LUND
5

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:23-cr-00160-JAM-2 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE SENTENCING AND** |
|  | ) **FILING DATES** |
| WINDY LUND, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Elliot Wong, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant WINDY LUND, that the previously scheduled judgement and sentencing date of March 25, 2025, be vacated and the matter set for judgement and sentencing on April 8, 2025, at 9:00 a.m.

This continuance is requested because defense counsel needs time to prepare formal objections, prepare a sentencing memorandum and gather mitigation materials in this case.  The Government and Probation concur with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

The parties stipulate to the following schedule:

Sentencing Date:            **April 8, 2025**

Sentencing Memorandum:      **April 01, 2025**

Formal Objections:          **March 25, 2025**

IT IS SO STIPULATED.

Dated: March 17, 2025                     Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
WINDY LUND

Dated: March 17, 2025                     MICHELE BECKWITH
Acting United States Attorney

By:  /s/ Michael E. Hansen for
ELLIOT WONG
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

Based on the stipulation of the parties, the Sentencing Hearing is **RESET** for **April 08, 2025, at 9:00 a.m.**  The Court **APPROVES** the schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: March 18, 2025            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE